1    PORTER:          Alright, Delilah.  Special Agent, Homeland Security Agent Porter.  So

2  I want to talk to you today about what's going on.  But before I get started, I just want to take

3  some of your biographical information, okay?

4    DIAZ:            (Unintelligible).

5    PORTER:          Alright, what is your complete name?

6    DIAZ:            Delilah Guadalupe Diaz.

7    PORTER:          And what's your birthday?

8    DIAZ:            2-8-76.

9    PORTER:          What's that?

10   DIAZ:            2-8-76.

11   PORTER:          February 8th?

12   DIAZ:            Yes.

13   PORTER:          Social Security number?

14   DIAZ:            ###

15   PORTER:          ###

16   DIAZ:            ##

17   PORTER:          ##.

18   DIAZ:            ####.

19   PORTER:          ####.  Okay.  What's your address?

20   DIAZ:            11490 Hubbard, Hubbard.  H-U-B-B-A-R-D.  Street.  Moreno Valley,

21  92557.

22   PORTER:          Moreno Valley…925…

23   DIAZ:            5-7.

24   PORTER:          Is that a house or is there an apartment number?

25   DIAZ:            It's a house.

26   PORTER:          Okay.  And cell phone, do you have a cell phone with you today?

27   DIAZ:            I do.

28   PORTER:          How many?

1  DIAZ:        Just, oh actually there's two.

2  PORTER:      You had two?  And they're both yours?

3  DIAZ:        No, ones, ones, one is actually it's locked and I don't know how to

4  unlock it.

5  PORTER:      Do you know the cell phone for the one that belongs to you?

6  DIAZ:        Mm-hmm.

7  PORTER:      What is it?

8  DIAZ:        Yeah it's 951-758-2086.

9  PORTER:      2086.  And what country are you a citizen of?

10  DIAZ:        United States.

11  PORTER:      Where were you born?

12  DIAZ:        Upland, California.

13  PORTER:      Upton?

14  DIAZ:        Upland.

15  PORTER:      Oh Upland.  You know how tall you are?

16  DIAZ:        5'2".

17  PORTER:      And how much do you weigh?

18  DIAZ:        135.

19  PORTER:      Eyes, brown.  Do you have any scars, marks, or tattoos?

20  DIAZ:        Yeah.  I have um; I just had back surgery so I have a scar in front and

21  back.  Um…I have a tattoo on my butt cheek it's the Playboy Bunny and this one in the back is

22  all messed up because of the surgery that they did to my back.

23  PORTER:      And what do you do for work?

24  DIAZ:        Uh, I worked for um, Northrup Grumman Aerospace.

25  PORTER:      You work for what?

26  DIAZ:        Northrup Grumman.

27  PORTER:      Northrup Grumman?  Currently?

28  DIAZ:        Mm-hmm.  Not right now, I've been off because of my back.

| | | |
|---|---|---|
| 1 | PORTER: | What do you do there? |
| 2 | DIAZ: | I build jets, (unintelligible) jets. |
| 3 | PORTER: | You fuel jets? |
| 4 | DIAZ: | I build them. |
| 5 | PORTER: | Oh you build them? |
| 6 | DIAZ: | Mm-hmm. |
| 7 | PORTER: | What's your like official title? |
| 8 | DIAZ: | Composite technician. |
| 9 | PORTER: | What's your supervisor's name up there? |
| 10 | DIAZ: | Um…it was um…Derrick. |
| 11 | PORTER: | Derrick? |
| 12 | DIAZ: | But they, now, they changed me to (unintelligible) so… |
| 13 | PORTER: | Like a factory? |
| 14 | DIAZ: | It's manufacturing. |
| 15 | PORTER: | Okay.  And it's in?  Where's that at? |
| 16 | DIAZ: | In El Segundo. |
| 17 | PORTER: | Where is that? |
| 18 | DIAZ: | LA, El Segundo. |
| 19 | PORTER: | Oh El Segundo? |
| 20 | DIAZ: | Yeah.  LA airport. |
| 21 | PORTER: | It's an airport? |
| 22 | DIAZ: | No it's not an airport.  It's by the airport. |
| 23 | PORTER: | By LAX? |
| 24 | DIAZ: | Yes.  It's like Boeing; it's just like Boeing.  (Unintelligible). |
| 25 | PORTER: | Okay.  What's your dad's name? |
| 26 | DIAZ: | (Unintelligible). |
| 27 | PORTER: | And your mom? |
| 28 | DIAZ: | Phoebe.  They're both dead though. |

| | | |
|---|---|---|
| 1 | PORTER: | Sorry what was your mom's name? |
| 2 | DIAZ: | Phoebe. |
| 3 | PORTER: | Phoebe?  With a P-H? |
| 4 | DIAZ: | P-H-O-E-B-E.  My mother actually just died. |
| 5 | PORTER: | You married? |
| 6 | DIAZ: | No.  Divorced. |
| 7 | PORTER: | Okay.  Alright.  And you have any kids? |
| 8 | DIAZ: | Yeah.  Two. |
| 9 | PORTER: | What are their names? |
| 10 | DIAZ: | Ashley and Anthony. |
| 11 | PORTER: | Both Diaz? |
| 12 | DIAZ: | Gaw. |
| 13 | PORTER: | How do you spell that? |
| 14 | DIAZ: | G-A-W. |
| 15 | PORTER: | Do they live with you? |
| 16 | DIAZ: | My daughter does. |
| 17 | PORTER: | So just Ashley? |
| 18 | DIAZ: | Mm-hmm. |
| 19 | PORTER: | Alright.  Are you under the influence of any alcohol right now? |
| 20 | DIAZ: | No. |
| 21 | PORTER: | Any illegal drugs? |
| 22 | DIAZ: | No. |
| 23 | PORTER: | Do you have any medical conditions that we need to know about? |
| 24 | DIAZ: | No.  My back and… |
| 25 | PORTER: | Just your back? |
| 26 | DIAZ: | I have a titanium plate in there and rods and then I have high blood |
| 27 | pressure. | |
| 28 | PORTER: | You taking any prescription medication right now? |

| | | |
|---|---|---|
| 1 | DIAZ: | I haven't had, I have no insurance right now. |
| 2 | PORTER: | You're not taking any prescription meds… |
| 3 | DIAZ: | I've, no not right now.  I need to be taking blood pressure, but I don't |
| 4 | | have them right now. |
| 5 | PORTER: | So you have high blood pressure? |
| 6 | DIAZ: | Mm-hmm. |
| 7 | PORTER: | Okay and do you have good like emergency contact?  Someone we can |
| 8 | | get in touch with if we need to? |
| 9 | DIAZ: | My daughter, but I don't have her number it's in my phone. |
| 10 | PORTER: | In your phone? |
| 11 | DIAZ: | Yeah. |
| 12 | PORTER: | Do you don't have any numbers you can remember right now? |
| 13 | DIAZ: | I don't know any of them. |
| 14 | PORTER: | Okay, is that contact saved under Ashley? |
| 15 | DIAZ: | Yes. |
| 16 | PORTER: | In your phone? |
| 17 | DIAZ: | Uh-huh. |
| 18 | PORTER: | Do you have any money with you right now? |
| 19 | DIAZ: | Just those pesos and then the, what they… |
| 20 | PORTER: | Whatever you have with you.  (Unintelligible). |
| 21 | DIAZ: | Just the pesos. |
| 22 | PORTER: | Just pesos? |
| 23 | DIAZ: | Yeah.  I mean I have more in there, but it's, they have it, you know?  I |
| 24 | | had like one, 140 cash. |
| 25 | PORTER: | Okay.  Alright Delilah, you good to read in English? |
| 26 | DIAZ: | Oh yeah. |
| 27 | | |
| 28 | | |

1   PORTER:         Okay.  So like I said, right now you're under arrest, importation of

2   methamphetamine.  Uh, we are investigators, investigating this case.  Right now you have an

3   opportunity to give your statement.

4   DIAZ:           Okay.

5   PORTER:         Before we can talk to you, going to read you your rights here, okay?  So

6   just follow along.  I'm going to read you line by line.  Just follow along with me.

7   DIAZ:           Okay.

8   PORTER:         After each line I'm going to ask you if you understand.  Do you

9   understand?  Answer out loud, yes.  Okay?

10  DIAZ:           Okay.

11  PORTER:         If you don't understand anything, stop me right then and there; ask

12  questions, I'll explain whatever you need explained, okay?

13  DIAZ:           Okay.

14  PORTER:         Before we ask any questions it's my duty to advise you of your rights.

15  You have the right to remain silent.  Do you understand?

16  DIAZ:           Yes.

17  PORTER:         Anything you say can be used against you in a court of law or other

18  proceedings, do you understand?

19  DIAZ:           Yes.

20  PORTER:         You have the right to consult an attorney before making any statement,

21  or answering any questions.  You understand?

22  DIAZ:           Yes.

23  PORTER:         You have the right to have an attorney present with you during

24  questioning.  You understand?

25  DIAZ:           Yes.

26  PORTER:         If you cannot afford an attorney, one will be appointed for you, before

27  any questioning if you wish.  You understand?

28  DIAZ:           Yes.

PORTER:	If you decide to answer questions now, you still have the right to stop the questioning at any time, or to stop the questioning for the purpose of consulting an attorney. You understand?

DIAZ:	Yes.

PORTER:	And are you willing to speak to us right now?

DIAZ:	Yes.

PORTER:	Okay.  So what I need from you is just print your name right there. Sign right underneath where it says signature.  And then to the right, the date is, yeah so sign right there.  The date is 8-17-2020, and the time is 7:23 a.m.  Okay.  Okay Delilah, and like I said we are investigators.  So we'll be investigating this whole thing.  Gathering evidence, whatever we can do to figure out what's going here.  Part of that investigation is you said you have two cell phones with you.

DIAZ:	Yeah.

PORTER:	We'd like to go through those cell phones, (unintelligible) form, you can grant us consent to go through those phones.  What we're going do is we'll go through them and just look for any evidence that we can find, so…anything that uh, may help you or just basically anything that has to do with this.  If you want to give us consent to do that, we can get that done today.

DIAZ:	I really, I don't want you going through my phone.

PORTER:	Okay.  We'll just get a warrant.  Alright Delilah, so let me explain what's going on here.  They found a whole bunch of methamphetamine in your car.  Now…you ever been arrested before?

DIAZ:	Uh, yeah.

PORTER:	How many times?

DIAZ:	One time.

PORTER:	One time?  For what?

DIAZ:	Actually two times, they went into my house and um, they found methamphetamine.

1    PORTER:         Okay.  Was that just like the local police?  Or…

2    DIAZ:           Yes.

3    PORTER:         Okay.  Well this is going to be a little bit different than that.  This is not

4    a state crime (unintelligible), but a state crime (unintelligible) found.  This is a federal crime.  So

5    we are federal agents, Department of Homeland Security.  This process will play out very

6    quickly (unintelligible) than that one will.  So this is why I'm telling you this stuff right now.

7    DIAZ:           Mm-hmm.

8    PORTER:         It's extremely important everything you tell me right now, is the truth.

9    Okay?

10   DIAZ:           Mm-hmm.

11   PORTER:         We are investigators, we will investigate this case.  We're going to find

12   out what happened.  It's going to happen.  Been doing this a long time.  I will find out the truth.

13   DIAZ:           Mm-hmm.

14   PORTER:         If it is anything different than what you tell me right now, it will be bad

15   for you in the end.  This is why I'm telling you right now.  Because if I let you sit there and lie to

16   me for a while, may make my job a little easier, but it's going to screw you over in the end.

17   Okay?  So I'm telling you this up front.  I tell everybody this up front.

18   DIAZ:           Mm-hmm.

19   PORTER:         Because I want everyone to at least have the opportunity to come clean.

20   This is the beginning of a very long process, alright?  I want you to understand, you're not going

21   home today.

22   DIAZ:           *(Nodding yes).*

23   PORTER:         You're going to go to prison.  There's absolutely nothing you can tell

24   me right now, that's going to make that change.  Okay?  So any story you been thinking up for

25   the last few hours as you've been sitting out there, doesn't matter.  Not going to change anything.

26   The only thing that we can change is the future, hopefully.  Okay?  There's nothing that we can

27   do to change the past.  What's done is done.

28   DIAZ:           Mm-hmm.

1  PORTER:  The meth was in that car; you're responsible for it.  Nothing we can do
2  to change that.  All we can do right now, I'm going to take your statement.  Okay?

3  DIAZ:  Yeah.

4  PORTER:  If that statement is the truth, and it matches, what I find out later, that
5  will be good for you.  If you tell me some BS story, and it's different than what I find out, that
6  will be bad for you.  Okay?

7  DIAZ:  Mm-hmm.

8  PORTER:  The amount of methamphetamine that you have…

9  DIAZ:  I don't even know what was in the car.

10  PORTER:  It's methamphetamine and it was a lot.

11  DIAZ:  Okay.

12  PORTER:  There's, on the federal side it's called a mandatory minimum sentence.
13  Okay?  Anything over 500 grams, it's not very much.

14  DIAZ:  Mm-hmm.

15  PORTER:  500 grams, is a mandatory minimum sentence of 10 years in federal
16  prison.  Okay?

17  DIAZ:  Mm-hmm.

18  PORTER:  The federal side is not like California; they don't just let you go.  Okay?
19  There's no time, day for day, good time.  You serve 80% minimum of your sentence.  Okay?

20  DIAZ:  Mm-hmm.

21  PORTER:  It's also nationwide.  Not necessarily going to send you somewhere in
22  California.  Okay?  Wherever they have room, that's where they put you.

23  DIAZ:  Mm-hmm.

24  PORTER:  So…we want to take that number, we want to lower it for you.  Okay?
25  And the only way we can do that is, well basically it's not us that's going to do it.  It's the judge.
26  So when it comes time for sentencing, the judge is going to look at certain things.

27  DIAZ:  Mm-hmm.

28

PORTER:        And I want to make sure he sees those things when it comes time to sentence.  He's going to say did this person accept responsibility for what they did?

DIAZ:        Mm-hmm.

PORTER:        Did they cooperate with law enforcement?  Did they tell the truth?  Or did they lie?  He's going to look at all those things.  If he sees those things, alright?

DIAZ:        Mm-hmm.

PORTER:        The judge can lower that a little bit.  Not saying he's going to but he can.  If he sees the opposite though, they did not accept responsibility, they lied, didn't cooperate.  He can actually add time to that.  That's what we're trying to avoid.  So right now, this is why I'm telling you all this stuff.

DIAZ:        Mm-hmm.

PORTER:        Very important you tell me the truth.  Now I do this every single time.  It doesn't matter for whatever reason people still want to lie to me.  I'm telling you right now, I've been doing this for over a decade.  I'm going to know if you lie to me.

DIAZ:        Mm-hmm.

PORTER:        Not only is it gonna piss me off; it's going to screw you over in the end.  I just want this out in the open right now.  So when it happens later, you can't say I never told you, okay?

DIAZ:        Mm-hmm.

PORTER:        It's very simple what I need from you.  With that amount of methamphetamine, I know for a fact there's no way you didn't know it was in there.  Okay?

DIAZ:        It's not my car.

PORTER:        Stop.

DIAZ:        Okay.

PORTER:        I just, let me finish saying what I'm going to say first.

DIAZ:        Okay, well.

PORTER:        There's no way you didn't know.  Okay?  That's not possible.  That amount of methamphetamine, I know also didn't belong to you.  It's not yours.

1      DIAZ:            Yeah.

2      PORTER:          Okay, you're not going to go down there and cook that amount of meth

3  up.  It belongs to somebody else.  That's why I know they would never put that

4  methamphetamine in a car, unless the driver knew it was in there.  Because their lives on the line

5  with that.  Okay?

6      DIAZ:            Mm-hmm.

7      PORTER:          That methamphetamine doesn't get to where it's going; they're the ones

8  that have to pay for it.  And in Mexico that means you pay with your life.  So they're literally

9  putting their lives in your hands.  They're not going to do that to someone that has no idea that

10 it's in there.  Okay?  Especially not someone who is from Moreno Valley.  Okay?

11     DIAZ:            Mm-hmm.

12     PORTER:          This is how I know more or less everything that's going on.  The story

13 doesn't change that much from person to person.  It's basically the same story every time.

14 Because that's how they work.  They don't change up.  So…I don't need very much from you.

15 Like I said, I know that's not your methamphetamine.  I need to know who these people are.

16 How you got in touch with them.  How much they were going to pay you, because no one does

17 this stuff for free.  And where were you going to take it?  Very simple, three things.  You can

18 give me that information, can promise you, it will look much better for you in the end.

19     DIAZ:            The thing is that this is my boyfriend's car you know?

20     PORTER:          That's fine.

21     DIAZ:            He was letting me use it.  So that's why I don't understand how

22 that…you know like, so that's why I'm saying like I don't know where that, I didn't even know it

23 was in the car.  You know?

24     PORTER:          Well…you're lying to me.

25     DIAZ:            I'm telling you, I'm telling you.

26     PORTER:          Delilah, you're lying to me.

27     DIAZ:            Okay.  Well I'm letting you know.

28     PORTER:          Alright.

1    DIAZ:           What I'm saying is the truth.  My boyfriend let me use that car

2    PORTER:         Where did you go in Mexico?

3    DIAZ:           Right here.  The, the Tapas and Beer or the Papas and Beer or

4    something like that?

5    PORTER:         In Rosarito?

6    DIAZ:           Rosarito.  Yeah and we went…  *(Porter interrupts Delilah)*

7    PORTER:         (Unintelligible).  What's your boyfriend's name?

8    DIAZ:           Jessie.

9    PORTER:         Jessie what?

10   DIAZ:           Gutierrez.  I mean haven't seen him that long but you know,

11   like…he…*(Porter interrupts Delilah)*.

12   PORTER:         Jessie Gutierrez?

13   DIAZ:           He's American too, because he goes to my house.  You know

14   sometimes?  You know?

15   PORTER:         Where does Jessie live?

16   DIAZ:           I don't know.  Like, he's…*(Porter interrupts Delilah)*.

17   PORTER:         He's your boyfriend.  You don't know where he lives?

18   DIAZ:           Like, I don't know where he lives.  I never been to his house.  That's

19   what I'm saying.  Like I haven't been over to his house.

20   PORTER:         So you're telling me your boyfriend, you have no idea where he lives?

21   DIAZ:           We haven't been seeing each other that long.  But he goes to my house,

22   that's why you know what I'm saying?  Like…

23   PORTER:         Okay.

24   DIAZ:           I told the situation with my mom…*(Porter interrupts Delilah)*.

25   PORTER:         So he crosses the border?

26   DIAZ:           Yeah, yeah.

27   PORTER:         How long you been together with him?

28   DIAZ:           Not that long.

| | | |
|---|---|---|
| 1 | PORTER: | How long? |
| 2 | DIAZ: | Like I seen him maybe two, three times tops. |
| 3 | PORTER: | And he's your boyfriend? |
| 4 | DIAZ: | Yeah, well… |
| 5 | PORTER: | When was the first time you met him? |
| 6 | DIAZ: | Like probably I don't know?  Like three months ago, something like |
| 7 | that? | |
| 8 | PORTER: | Three months ago? |
| 9 | DIAZ: | Mm-hmm.  And I met him in California. |
| 10 | PORTER: | Where did you meet him? |
| 11 | DIAZ: | Right there by um, where I live.  Right there at that store. |
| 12 | PORTER: | Exactly where? |
| 13 | DIAZ: | By Food 4 Less. |
| 14 | PORTER: | You just met him on the street? |
| 15 | DIAZ: | No, no, no, I was at the market and then he saw me.  And then we |
| 16 | exchanged numbers you know? | |
| 17 | PORTER: | In Moreno Valley? |
| 18 | DIAZ: | In Moreno Valley. |
| 19 | PORTER: | Okay.  When did you decide you were going to go down to Rosarito? |
| 20 | DIAZ: | Um, 'cause we had went…***(Porter interrupts Delilah)***. |
| 21 | PORTER: | When did you decide you were going to go to Rosarito? |
| 22 | DIAZ: | When? |
| 23 | PORTER: | When? |
| 24 | DIAZ: | This last time? |
| 25 | PORTER: | This time you were in Mexico. |
| 26 | DIAZ: | Um, like on Thursday I think it was. |
| 27 | PORTER: | Okay, so why, why were you going to Mexico? |
| 28 | DIAZ: | To go visit him, go see him. |

| | | |
|---|---|---|
| 1 | PORTER: | He lives in Rosarito? |
| 2 | DIAZ: | No, he was there, he said he was there so I went, you know? |
| 3 | PORTER: | On Thursday you went? |
| 4 | DIAZ: | No, no I decided Thursday, but I didn't go till Friday. |
| 5 | PORTER: | Did he call you and tell you to come down there? |
| 6 | DIAZ: | Well we talked about it. |
| 7 | PORTER: | Did he call you and tell you to come down? |
| 8 | DIAZ: | Yeah, he did call me. |
| 9 | PORTER: | To Rosarito specifically? |
| 10 | DIAZ: | Papas and Beers, he said we were going to meet there. |
| 11 | PORTER: | So just come down to Papas and Beer and meet me? |
| 12 | DIAZ: | Yeah.  Yeah. |
| 13 | PORTER: | Okay, what day did he tell you to come down? |
| 14 | DIAZ: | On Friday.  But I got there; I got there really late.  You know? |
| 15 | PORTER: | (Overtalking) last Friday?  So you went down Friday? |
| 16 | DIAZ: | (Unintelligible). |
| 17 | PORTER: | As in like three days ago Friday? |
| 18 | DIAZ: | Yeah. |
| 19 | PORTER: | Friday night, Friday day? |
| 20 | DIAZ: | Friday real late, yeah.  It was late.  He wasn't even there yet either so… |
| 21 | PORTER: | So Friday late.  You said whose car is that that you were driving? |
| 22 | DIAZ: | My boyfriend's, that's what he told me, it was his…***(Porter interrupts Delilah)***. |
| 24 | PORTER: | So he just left his car at your house? |
| 25 | DIAZ: | No, no, no, he said because I told him my mom had just died.  My mom just died on Tuesday so…***(Porter interrupts Delilah)***. |
| 27 | PORTER: | How did you get the car? |
| 28 | DIAZ: | He brought it to me. |

| | | |
|---|---|---|
| 1 | PORTER: | So he drove it up, when? |
| 2 | DIAZ: | Yeah.  On Friday when I saw him.  Friday, when I saw him he, he |
| 3 | freaking, because I told him the situation with my mom. | |

1     PORTER:     So he drove it up, when?

2     DIAZ:     Yeah.  On Friday when I saw him.  Friday, when I saw him he, he

3     freaking, because I told him the situation with my mom.

4     PORTER:     But he actually came up Friday?

5     DIAZ:     Yeah, Friday.  We met on Friday.

6     PORTER:     And he left you his car?

7     DIAZ:     Because I asked him, I said I don't have a car.  My car…***(Porter***

8     ***interrupts Delilah)***.

9     PORTER:     Your story is not making any sense.  You said you met him at Papas

10     and Beer?

11     DIAZ:     Yes.

12     PORTER:     Okay, well I'm talking about Friday.

13     DIAZ:     That's when we met, Friday night.

14     PORTER:     How did you get to Mexico?  Did you teleport there?  Did you fly

15     there?

16     DIAZ:     I told, my daughter went.  She, we all went to Papas and Beer.

17     PORTER:     That's what I'm trying to ask.

18     DIAZ:     Okay.  Well you didn't ask me that.

19     PORTER:     How did you get to Mexico?  How did you drive down there?

20     DIAZ:     My daughter.

21     PORTER:     What's your daughter's name?

22     DIAZ:     Ashley.

23     PORTER:     What's her last name?

24     DIAZ:     Gaw.

25     PORTER:     What kind of car does she drive?

26     DIAZ:     She has, it's a Ford F150.  And it wasn't just her, it was her friends too.

27     PORTER:     So she went to Papas and Beer too?

28     DIAZ:     Yes.  It was her friends too, you know?  We all went.

| | | |
|---|---|---|
| 1 | PORTER: | Is it her car? |
| 2 | DIAZ: | It's her stepdad's car. |
| 3 | PORTER: | You said it's a Ford F150? |
| 4 | DIAZ: | A truck.  It's not even a car, it's a truck. |
| 5 | PORTER: | What's her stepdad's, her stepdad's name? |
| 6 | DIAZ: | He passed away.  It's Matt. |
| 7 | PORTER: | So that's her car now? |
| 8 | DIAZ: | Yeah, it's her truck. |
| 9 | PORTER: | When is your daughter's birthday? |
| 10 | DIAZ: | 4-18-99. |
| 11 | PORTER: | Alright.  So you guys all drove down together?  You, Ashley, and who |
| 12 | else? | |
| 13 | DIAZ: | Um, Cheyanne her cousin and then um… |
| 14 | PORTER: | That's her cousin? |
| 15 | DIAZ: | Mm-hmm. |
| 16 | PORTER: | What's Cheyanne's last name? |
| 17 | DIAZ: | Romero. |
| 18 | PORTER: | How do you spell Cheyanne? |
| 19 | DIAZ: | C-H-E-Y-A-N-N-E. |
| 20 | PORTER: | Cheyanne Romero? |
| 21 | DIAZ: | Mm-hmm. |
| 22 | PORTER: | What's her birthday? |
| 23 | DIAZ: | I don't know it. |
| 24 | PORTER: | She was with you guys? |
| 25 | DIAZ: | Mm-hmm. |
| 26 | PORTER: | How old is she? |
| 27 | DIAZ: | She's 18. |
| 28 | PORTER: | And who else went with you? |

1    DIAZ:              Zina.

2    PORTER:            Spell that.

3    DIAZ:              Z-I-N-A, I don't know, it's her friend, I don't know.

4    PORTER:            Zina what?

5    DIAZ:              I don't know her last name.

6    PORTER:            Whose friend?

7    DIAZ:              Ashley's friend.

8    PORTER:            So there's four of you that went down?

9    DIAZ:              Mm-hmm.

10   PORTER:            Did you ask her to drive you down there?

11   DIAZ:              No, no she was planning to go, so that's why I said let me…***(Porter***

12   ***interrupts Delilah)***.

13   PORTER:            So she knows Jessie?

14   DIAZ:              Not really.  Not really.  I told her, barely start dating, (unintelligible)

15   you know?

16   PORTER:            So she's going down there to meet him, she (overtalking).

17   DIAZ:              No, no she's not going down to meet him.  She's going down there to

18   have fun with her friends, you know?

19   PORTER:            So she's just going to drop you off and leave?

20   DIAZ:              No because I told her, I was going to meet up with Jesus, you know?

21   PORTER:            So what was her plan?

22   DIAZ:              She's going to hang out with her friends and her cousin.

23   PORTER:            In Mexico?

24   DIAZ:              In Mexico.  Papas and Beer.

25   PORTER:            Okay.

26   DIAZ:              Yeah, she loves going to, you know, she likes to go out and do different

27   things.

28   PORTER:            So did you ask her to drive you down there?

1      DIAZ:            No, I didn't.  She was planning to go there.  You know?  So I told her,

2 you know what?  I says my boyfriend is going to be there on Friday, so can I just hop in with you

3 guys?  Can I catch a ride with you?

4      PORTER:      So she told you, hey I'm going to Rosarito on Friday?

5      DIAZ:          She already had plans, she was planning to go.  I don't know what day

6 it was, but I told her, on Friday can we just go ahead and go together?  It's like you know…

7      PORTER:      She was planning on going to Papas and Beer?

8      DIAZ:          I don't, yeah, I don't know when.  You know?  She was talking about it

9 that they were planning a trip to Mexico.  I said oh, can I go with you guys?  Because Jessie

10 called and said he wanted to go to um, Papas and Beer.

11      PORTER:      Okay.  So you just told her your only reason for going down there was

12 to meet up with Jessie?

13      DIAZ:          Right.

14      PORTER:      At Papas and Beer?

15      DIAZ:          To go hang out with him.

16      PORTER:      On Friday?  How long were you guys planning on staying in Mexico?

17      DIAZ:          Um…well she had, we had to come back because we had to um, she

18 had work on um, Sunday, Sunday, Sunday morning.  So we had to come back.  But um Jessie

19 had…*(Porter interrupts Delilah)*.

20      PORTER:      So you came back on Sunday?

21      DIAZ:          No, no, no.  Jessie had told me um, that he was going to let me borrow

22 his car.  So then I could stay.  So I told her you guys go ahead and go.  I have a way back.

23      PORTER:      So your daughter and everybody else drove home on Sunday?

24      DIAZ:          They went home, yes.  Because she had work in the morning.

25      PORTER:      So you got down there late Friday night, where'd you guys go?

26      DIAZ:          Papas and Beer.  Like…

27      PORTER:      Straight to, like what time?

28

1     DIAZ:        We got there late, so yeah we got there late, so that's why we

2  (unintelligible) just there, you know?

3     PORTER:      What time would you say you got (overtalking)?

4     DIAZ:        I don't know.

5     PORTER:      Guess?

6     DIAZ:        I have no idea.  I have no idea.

7     PORTER:      Is it open all night?

8     DIAZ:        Papas and Beer?  Yeah it's a bar.

9     PORTER:      So you just went straight there?

10    DIAZ:        Yeah.

11    PORTER:      How long were you at Papas and Beer?

12    DIAZ:        Um, (unintelligible) I was pretty tired too, so I didn't, it was late…

13  ***(Porter interrupts Delilah)***.

14    PORTER:      That's not what I asked you.  I asked you how long you were at Papas

15  and Beer?

16    DIAZ:        I have no idea.  I wasn't watching the clock.  I was just there, you

17  know?  Hanging out.

18    PORTER:      Till the sun came up?

19    DIAZ:        No, not that, no.

20    PORTER:      Okay.  So before the sun came up you left?

21    DIAZ:        Oh, obviously.

22    PORTER:      Was Jessie waiting for you there?

23    DIAZ:        No, he wasn't there yet either.  He was late.

24    PORTER:      So what, you had to call him and tell him to come over?

25    DIAZ:        No, no, I…I was just waiting there, you know?  And then finally he

26  showed up.

27    PORTER:      About how long were you waiting before he showed up?

28    DIAZ:        Probably like two hours or so.

| | | |
|---|---|---|
| 1 | PORTER: | So he just showed up? |
| 2 | DIAZ: | Yeah, he showed up. |
| 3 | PORTER: | By himself? |
| 4 | DIAZ: | Uh, he was with some other guys. |
| 5 | PORTER: | Who were those guys? |
| 6 | DIAZ: | I have no idea. |
| 7 | PORTER: | How many other guys was he with? |
| 8 | DIAZ: | Like I don't know, two or three. |
| 9 | PORTER: | Mexican guys? |
| 10 | DIAZ: | Yeah, Mexican guys. |
| 11 | PORTER: | Do you speak Spanish? |
| 12 | DIAZ: | Yes, I do. |
| 13 | PORTER: | And your daughter was with you this whole time? |
| 14 | DIAZ: | No she was with her friends. |
| 15 | PORTER: | But at Papas and Beer? |
| 16 | DIAZ: | I don't know where she was.  Honestly I didn't see her much, you |
| 17 | know? | |
| 18 | PORTER: | So she just dropped you off or was she (overtalking)? |
| 19 | DIAZ: | She was there, and she had a beer and then her friends, she was with her |
| 20 | friends, so she wasn't like just chilling. | |
| 21 | PORTER: | You guys didn't hang out together? |
| 22 | DIAZ: | No, we didn't hang out together. |
| 23 | PORTER: | You just sat at the bar by yourself till he showed up? |
| 24 | DIAZ: | Yeah.  I was waiting for him. |
| 25 | PORTER: | So where'd you guys go after Papas and Beer? |
| 26 | DIAZ: | Um, one of his friend's house.  Or, or place, I don't know whose house |
| 27 | it was, it was somebody's like little freaking… | |
| 28 | PORTER: | All of you went there?  Or just you? |

1      DIAZ:          No, just me and him and his friend, one of his friends.

2      PORTER:       It was his house or his friend's house?

3      DIAZ:          Uh, I think it was his friend's house.  I'm not sure whose house it was to

4  be honest.  I just know we went there.

5      PORTER:       Where'd your daughter go?

6      DIAZ:          I don't know, I don't know.

7      PORTER:       You don't know what she was planning on doing that night?

8      DIAZ:          Uh, I know she was gonna go drink and have fun with her friends.  So

9  that's…***(Porter interrupts Delilah)***.

10     PORTER:       You don't know where she's planning on staying?

11     DIAZ:         No.  I didn't ask her.  She's older, you know, she's 21.  So, yeah.

12     PORTER:       She's still your daughter.

13     DIAZ:         Yes sir, she is but she also is an adult so she makes her own decisions.

14     PORTER:       She's still your daughter.  She's a young female in Mexico.  You

15  wouldn't be worried about her?

16     DIAZ:         Well…she's pretty smart.  She's not, she's not stupid, you know?

17     PORTER:       I'm 36 years old, if I went to Mexico, my mom would probably still be

18  worried about me and want to know where I was going, and (overtalking) going.

19     DIAZ:         Well she's…well…

20     PORTER:       And I'm a man.

21     DIAZ:         Okay.  Well…just saying.

22     PORTER:       Okay.  So you went back to this friend's house.  You don't know who

23  he is?

24     DIAZ:         No.

25     PORTER:       You don't even know his name, right?

26     DIAZ:         Yeah, I don't really know (unintelligible).

27     PORTER:       But Jessie knows him?

28     DIAZ:         Yeah.

| | | |
|---|---|---|
| 1 | PORTER: | You guys just go to bed? |
| 2 | DIAZ: | Yeah, we, yeah we just, you know?  Yeah, we went to bed. |
| 3 | PORTER: | And so Saturday morning you get up? |
| 4 | DIAZ: | Yeah.  He wasn't there.  And I was like…*(Porter interrupts Delilah)*. |
| 5 | PORTER: | Jessie was gone already? |
| 6 | DIAZ: | Jessie was gone.  And so was his friend, and... |
| 7 | PORTER: | So you were by yourself at this house? |

8 DIAZ: Yeah, he left and then I was like, asking the lady there, I says where did
9 they go you know?  And so, and the car was gone too.  So um, I had nowhere to go really, you
10 know?  Because my daughter wasn't answering her phone.  She was, she was having fun out
11 there drinking and stuff.  So she was asleep.  And then um, then after that…*(Porter interrupts*
12 *Delilah)*.

13 PORTER: You don't even know, you don't even know where your daughter was
14 you said?

15 DIAZ: Yeah, I know.  She was asleep she wasn't answering her cell phone.  I
16 tried calling her.  And then um, so then…later that day he's the one, he showed up and then um, I
17 told him that…*(Porter interrupts Delilah)*.

| | | |
|---|---|---|
| 18 | PORTER: | So you just hung out all day at this random house? |
| 19 | DIAZ: | Yeah it sucked. |
| 20 | PORTER: | Okay.  What time did he show back up? |

21 DIAZ: Um, it was in the evening like around, like 4:00, 4:00, or 5:00ish.  You
22 know?

| | | |
|---|---|---|
| 23 | PORTER: | Just Jessie or the friend too? |
| 24 | DIAZ: | No just Jessie.  And that's when he was…*(Porter interrupts Delilah)*. |

25 PORTER: Did he have stuff there, did it seem like he was staying there?  You
26 were there all day?

27 DIAZ: Um, yeah, yeah he didn't have a room or nothing there.  You know, it
28 was his friend's house.

1  PORTER:  So he showed up that evening, what was the (overtalking).

2  DIAZ:  Huh?  4:00 or 5:00ish.  It was later on in the evening.

3  PORTER:  Okay.  What was the plan?

4  DIAZ:  Uh, I needed to go home.  I told him I need to go home, you know?

5  PORTER:  On Saturday?

6  DIAZ:  Yeah, I wanted to go home Saturday.  I was pissed, you know?

7  Because he left me all day you know?  So I was mad and, and stuff.  So um, that's when I said

8  um…*(Porter interrupts Delilah)*.

9  PORTER:  So what did he say when you said you wanted to go home?

10  DIAZ:  He, he's okay, that's fine, he goes, um, you can use my car.  And I says

11  are you sure?  I says, he says yeah, he goes I got another car anyways.  He goes you can just use

12  this car.  And I'll go pick it up, you know?  I'm like…okay.  I said, because I don't have a car

13  right now.  And I need a car, you know?

14  PORTER:  So he said go ahead, take my car back to America?

15  DIAZ:  No, he says you could use my car, he goes, and then um, and he said I

16  will go pick it up, you know?  Later on.  He said maybe if you like it you could even buy it from

17  me, you know?

18  PORTER:  Do you have a car?

19  DIAZ:  My car is broken.  I crashed it.

20  PORTER:  When?

21  DIAZ:  Um, like a couple months ago, like four, five months ago.  So it

22  doesn't…

23  PORTER:  Four or five months ago and you didn't get another car?

24  DIAZ:  I haven't got a car, yeah.  Since…*(Porter interrupts Delilah)*.

25  PORTER:  How'd you get to work?

26  DIAZ:  I told you I'm off because of my back, I had surgery on my back.

27  PORTER:  So you don't have, this whole time you haven't had a car?

28  DIAZ:  I don't have a car.

1    PORTER:    So what did you do Saturday night?  Obviously you didn't come home.

2    DIAZ:    Yeah I told you, I was pissed you know?  (Overtalking).

3    PORTER:    But you didn't come home Saturday.

4    DIAZ:    I know.

5    PORTER:    You came home today.

6    DIAZ:    I know, I was pissed, so we stayed there you know?  I was pissed and

7  he said I'll let you use….

8  **Part 2**

9    DIAZ:    …car, my car you know?  So then…*(Porter interrupts Delilah)*.

10    PORTER:    So why didn't you go home Saturday?

11    DIAZ:    Because I can't see that, when it's dark, I can't really see, you know?

12    PORTER:    So why didn't you go home Sunday?

13    DIAZ:    I, I did go home Sunday.

14    PORTER:    Today is…

15    DIAZ:    Monday.

16    PORTER:    Monday.

17    DIAZ:    Yeah.  I did go home on Sunday.

18    PORTER:    So what time did you drive home?

19    DIAZ:    It was late.  It was late.  Because…*(Porter interrupts Delilah)*.

20    PORTER:    I thought you couldn't see in the dark?

21    DIAZ:    I can't.  I can't.  It's really hard for me but…*(Porter interrupts*

22  *Delilah)*.

23    PORTER:    Why didn't you go home Sunday during the day?

24    DIAZ:    Because I told you that we were...*(Porter interrupts Delilah)*.

25    PORTER:    You're telling me this whole thing is on Saturday?  He shows up in the

26  evening, you say you want to go home.

27    DIAZ:    Yeah.  (Overtalking).

28    PORTER:    He says take my car.  You didn't go home.

1   DIAZ:          I know.

2   PORTER:        Because you said don't want drive at night.

3   DIAZ:          Exactly.

4   PORTER:        Here you are, driving Sunday night to get home.

5   DIAZ:          Exactly.  I know.  Because he, we (unintelligible) like you know?  We
6   ended up waking up and hanging out and then that's when I went home.

7   PORTER:        You didn't say that, you said…

8   DIAZ:          Well you didn't let me have a chance to say that.  Give me a chance to
9   say what I'm gonna say, if you want to hear what I'm going to say.  You know?  You're not even
10  giving me a chance.  You're just like…

11  PORTER:        Go ahead.

12  DIAZ:          Making your own thing up.  So…

13  PORTER:        I'm not making anything up (overtalking).

14  DIAZ:          Uh, I told you that Saturday he didn't show up till late in the evening.
15  And then, then after that I was mad at him.  And then he's, we were talking and stuff and then he
16  said I could use his car and then, so then it kind of…

17  PORTER:        So what did you guys do Saturday evening?

18  DIAZ:          Just, just right there just relax there at the house.

19  PORTER:        And get up Sunday morning like what?

20  DIAZ:          We actually went to the beach, you know just hang out at the beach.

21  PORTER:        Just hung out at the beach on Sunday?

22  DIAZ:          Well we had a (unintelligible) so we just….hung out at the beach and
23  then um, went to that one (unintelligible) market thing, just like a swap meet there.  Yeah.

24  PORTER:        So what made you want to go home Sunday night?

25  DIAZ:          It wasn't that I wanted to go home Sunday night.  It was just we're
26  spending time together, enjoying our time so then, it wasn't Sunday night, night, you know?  It
27  was like, I left early, but it was just like the traffic was so bad.

28  PORTER:        What time did you leave?

25

| | | |
|---|---|---|
| 1 | DIAZ: | I don't know, like 7:00ish? |
| 2 | PORTER: | 7:00 p.m.? |
| 3 | DIAZ: | Uh-huh. |
| 4 | PORTER: | So was that car parked at the house when you guys were there? |
| 5 | DIAZ: | Mm-hmm. |
| 6 | PORTER: | The whole time? |
| 7 | DIAZ: | I don't know.  I think so. |
| 8 | PORTER: | Did anybody come or go besides him that you saw? |
| 9 | DIAZ: | I didn't see anybody. |

10  PORTER:     So what kind of house is this?  Like in a neighborhood?  Or is this off
11  by itself or is it like a ranch?

12     DIAZ:     Yeah it's kind of like um, in the hills.  Like a dirt road, it's a dirt road.
13  It's kind of like…*(Porter interrupts Delilah)*.

| | | |
|---|---|---|
| 14 | PORTER: | Is the house like by itself?  Or… |
| 15 | DIAZ: | Yeah. |
| 16 | PORTER: | There's not other houses around it? |

17     DIAZ:     Uh there's, there's, but they're like little, little shacks like, not real
18  house, I wouldn't say they were houses.  They are, they're houses I guess, but they're like
19  blocks, like…*(Porter interrupts Delilah)*.

20     PORTER:     But it's not like a neighborhood?

21     DIAZ:     Yeah, it's not a neighborhood.  Like in the hills and a dirt road.  These
22  houses look all the same to me, those little…*(Porter interrupts Delilah)*.

23     PORTER:     Where was the car parked?  Was it just out in front of the house?

24     DIAZ:     Um, it was parked on the side right there by the, by this one shack thing
25  that they have.  I guess they use it for like tools and stuff?  I don't know what they
26  have…*(Porter interrupts Delilah)*.

27     PORTER:     So it's like a, is it like a garage?  Or is it like a…

28     DIAZ:     It's not a real garage.  You know?

1      PORTER:          But it's like outside where all the cars…

2      DIAZ:            Yeah it's outside, outside.

3      PORTER:          So it's just parked basically next to the house?

4      DIAZ:            Yeah.  Can I get some water?

5      PORTER:          So did he tell you anything before he left Sunday?

6      DIAZ:            Yeah, that he was gonna see me in a couple days.  He said I'll see you

7  in a couple days, you know?

8      PORTER:          When was he planning on coming back up there?

9      DIAZ:            Um, he's supposed to come back um, (unintelligible) um, like he said a

10  couple days, I was thinking like Wednesday.

11      PORTER:          When he comes up, how long does he stay with you?

12      DIAZ:            Uh, depends.  He don't stay very long like….thank you.

13      MALE:            Mm-hmm.

14      PORTER:          So you said you, when, when did you have your back surgery?

15      DIAZ:            Um, I had that December, in December.  But…

16      PORTER:          And you haven't been working since December?

17      DIAZ:            No.  It was, it was a six-hour procedure.  They had to remove my whole

18  lumbar and put a titanium plate and replace three of my discs.

19      PORTER:          Were you getting like Workman's Comp or anything?

20      DIAZ:            Uh, no.  It wasn't, well it, it wasn't like work related, but it was because

21  over the years it, you know…

22      PORTER:          You weren't getting like unemployment or disability or anything?

23      DIAZ:            I was, but it already ran out.  My disability ran out.

24      PORTER:          When did your disability run out?

25      DIAZ:            Um, like last month.  And my daughter has been like…***(Porter***

26  ***interrupts Delilah)***.

27      PORTER:          And you said you have no insurance?

28      DIAZ:            I have no insurance.  No.

27

| | | |
|---|---|---|
| 1 | PORTER: | You have any insurance with Northrup Grumman? |
| 2 | DIAZ: | They do, but after six months of being out of work, they, you, you |
| 3 | insurance stops. | |
| 4 | PORTER: | They just cut you off? |
| 5 | DIAZ: | Yeah. |
| 6 | PORTER: | So when did your insurance run out? |
| 7 | DIAZ: | Um, that ran out in um, January. |
| 8 | PORTER: | You said you only been out of work since December. |
| 9 | DIAZ: | No, no, no, I said my, my surgery was in December. |
| 10 | PORTER: | 2019? |
| 11 | DIAZ: | Uh-huh.  Yes. |
| 12 | PORTER: | And your insurance ran out in January? |
| 13 | DIAZ: | It ran out because I was out from July to, July to January, six months. |
| 14 | PORTER: | Okay.  December 2019? |
| 15 | DIAZ: | December 2019 was my surgery. |
| 16 | PORTER: | January 2020 it runs out? |
| 17 | DIAZ: | 2019, 2019, January, I mean July 2019 is when I first went out, July |
| 18 | 20…*(Porter interrupts Delilah)*. | |
| 19 | PORTER: | You said December. |
| 20 | DIAZ: | December was my surgery. |
| 21 | PORTER: | But you went out in July?  Okay, so you went out in July? |
| 22 | DIAZ: | Yes.  And December was…*(Porter interrupts Delilah)*. |
| 23 | PORTER: | But you didn't have surgery until December? |
| 24 | DIAZ: | Yes.  Yes. |
| 25 | PORTER: | Okay.  So, getting all the fact straight here.  You didn't file a |
| 26 | Workman's Comp claim or anything if it was work related? | |
| 27 | DIAZ: | No, I didn't.  I didn't. |
| 28 | PORTER: | Why? |

1    DIAZ:          Because it's because over the years, you know?  Your body is…

2    PORTER:        Yeah if you're, even if it's that?

3    DIAZ:          Yeah I did not file it.

4    PORTER:        Why not?  You didn't want to keep getting paid?

5    DIAZ:          Well it's not that, it's just that I mean…it's just, I just didn't do it.  I

6    don't know.  Because it didn't happen like in one day you know?  It happened over the years.  So

7    that's a little bit different, you know?

8    PORTER:        How long have you worked there?

9    DIAZ:          Seventeen years.

10   PORTER:        Well it's, whether it took 17 years or one day it's still work related,

11   right?

12   DIAZ:          Well I mean…

13   PORTER:        You said you've only known Jessie since…

14   DIAZ:          Like three months, yeah.

15   PORTER:        Three months ago?  And you only seen him a few times?

16   DIAZ:          Mm-hmm.

17   PORTER:        But you trust him enough to go to Mexico with him?

18   DIAZ:          Well I didn't go with him.  I went with my daughter.

19   PORTER:        To see him.

20   DIAZ:          Yeah but I mean, I'm, you know?

21   PORTER:        You're not just like across the border, like Rosarito is down there.

22   DIAZ:          Isn't that far.  I mean I don't know, I'm not scared to…***(Porter***

23   ***interrupts Delilah)***.

24   PORTER:        It's an hour and a half from the border.

25   DIAZ:          I'm not scared to go to Mexico.  You know?  Like it doesn't scare me

26   you know?  Like, like I mean, I know Spanish pretty good.  And I like, you know, like I don't

27   know?  I just, it doesn't…

28   PORTER:        I speak Spanish.

1     DIAZ:               I don't, I don't be out there….***(Porter interrupts Delilah)***.

2     PORTER:         I don't go hang out down there.

3     DIAZ:               What was that?

4     PORTER:         I speak Spanish, I wouldn't go hang out down there.

5     DIAZ:               A lot of, a lot of Americans do though.  I mean they have beach houses,
6 they have a lot of stuff out there.  You know?  I mean just…

7     PORTER:         But you weren't staying at a beach house.

8     DIAZ:               No I wasn't, but I'm just saying.  A lot of Americans buy beach houses
9 there, they retire there you know?

10     PORTER:         Yeah but that's different.

11     DIAZ:              Why is that different?  It's same thing as going over.

12     PORTER:         Because it's a beach house in a gated community.

13     DIAZ:              Not necessarily.  I mean, you go to the market (unintelligible) people
14 go to the market and stuff so it's still the same thing.

15     PORTER:         Tell me about your arrest.  How long ago was that?

16     DIAZ:              2012.

17     PORTER:         2012?

18     DIAZ:              Yeah.

19     PORTER:         Were you still living in Moreno Valley?

20     DIAZ:              Same house, yes.

21     PORTER:         What happened with that?

22     DIAZ:              Um, it was uh, there was a freaking girl that I was letting stay with me,
23 had a baby and they were doing, there was a high-speed pursuit, you know, on the street.  And
24 she happened to go out and the cops were like all over the, because I live on a corner.  Corner
25 house so it's like a real busy street.  And they saw her go out there with the baby and so she had
26 dropped her phone.  So when she went back in, they told her freeze and she didn't freeze.  And
27 so she shut the door, and then that's when they came in.

28     PORTER:         Police kicked the door in?

1  DIAZ:  Yeah, they were pissed.  Yeah, because they told her freeze and she
2  didn't freeze.

3  PORTER:  Why did they arrest you?

4  DIAZ:  Um, because I'm the owner of the house.

5  PORTER:  But what was the arrest for?

6  DIAZ:  Um, because they found um, where the baby was, they found like drugs
7  up there on top of the shelf.  And they took away her baby.  You know?  Because she was
8  staying there for like a week.  She had nowhere to go.

9  PORTER:  How much drugs did they find?

10  DIAZ:  Oh just a little bit of lines that she had made out.

11  PORTER:  Why did they arrest you if it was in her room?

12  DIAZ:  Because it's my house.

13  PORTER:  That's not how it works.

14  DIAZ:  It did.  That's how it did work.

15  PORTER:  Did they arrest her?

16  DIAZ:  Yes, they did.

17  PORTER:  Did you do any time from that?

18  DIAZ:  No.

19  PORTER:  Nothing?

20  DIAZ:  No.

21  PORTER:  They drop the charges?

22  DIAZ:  Yes.  Well I had to pay um, restitution or whatever that, the fines and
23  stuff.  You know?

24  PORTER:  That's the only other time?

25  DIAZ:  Well actually got arrested on, on a car that I bought.  I had bought a car
26  like in, what year?  Um…2016, '15 something like that.  But it was like a little bucket you
27  know?  And um, when I bought that car I was staying in San Pedro at the time.  And um, they
28  changed the plates on it, right?  So when I was driving home from work the cop pulled me over.

And they said that um, the plates didn't belong to that car.  And I says well, I bought this car like over two months ago, and I said I've never had problem with it.  I don't understand.  So they took me in on that and um, but it was a no (file) you know?  Because it wasn't stolen or anything.  I did pay for the car and stuff.  Somebody just swapped the, um, plates on it.

PORTER:          Do you have Jessie's phone number?

DIAZ:                Um, he has different numbers, (unintelligible) way, I don't know which, he called me random numbers you know?

PORTER:          He doesn't have a phone?

DIAZ:                He does have a phone but he…*(Porter interrupts Delilah)*.

PORTER:          How do you get ahold of him if you want to talk to him?

DIAZ:                He calls me.  You know?  He has...*(Porter interrupts Delilah)*.

PORTER:          You never call him?

DIAZ:                Um, not really.  Like I mean we're not, we don't like, we don't know each other that well, like to say like you know like (unintelligible) all the time, you know?  Like I see him like total of three times, I mean it's not…

PORTER:          So you said one of those phones in there is yours and the other one is not?  Who does the other phone belong to?

DIAZ:                Uh, it was given to me, but it's locked.  So I…*(Porter interrupts Delilah)*.

PORTER:          Who gave it to you?

DIAZ:                One of my friends.

PORTER:          Who?

DIAZ:                It's not Jessie.

PORTER:          That's not what I asked (overtalking).

DIAZ:                And if you want you can look into that phone if you want.  But not…

PORTER:          Alright.

DIAZ:                You know what I mean?  I just…

PORTER:          So it's the iPhone?

1   DIAZ:             It's the iPhone, the iPhone, you could look into if you want.  Because
2   I'm telling you, I don't even, can't have access to it all, you know?

3   PORTER:           Alright.  Well, you want to fill this form out for the iPhone then?
4   (Unintelligible) gave it to you.  Write your name right there.  We'll go through it.
5   (Unintelligible) form by Homeland Security Investigator Special Agent here, you're going to
6   write Porter.

7   DIAZ:             Okay.  Two T's?

8   PORTER:           P-O-R-T-E-R.

9   DIAZ:             Oh.  Oops, sorry about that.  To look into the iPhone.  I think
10  it's…*(Porter interrupts Delilah)*.

11  PORTER:           Describe it as best you can.

12  DIAZ:             So white.

13  PORTER:           iPhone, you know the color, whatever.  Okay.  Read through the rest.
14  That's fine.  iPhone, what was the other kind of, what was your phone?  Is it an iPhone too?

15  DIAZ:             Uh, no.

16  PORTER:           Okay, if it's not an iPhone then that's good enough description.
17  There's only the two phones, right?  No more?

18  DIAZ:             Yeah.  Mm-hmm.

19  PORTER:           Alright.  So that's the only iPhone in the car?

20  DIAZ:             Yeah.

21  PORTER:           Okay.  Alright, so basically same thing here.  You're just going to
22  describe it.  Saying that you're going to allow us to search that phone.

23  DIAZ:             (Unintelligible).

24  PORTER:           And located at, you're going to write San Ysidro POE.

25  DIAZ:             POE?

26  PORTER:           Yeah, San Ysidro with a Y.  Ysidro.

27  DIAZ:             Oh.  Okay.

28  PORTER:           Y-S-I-D-R-O.  POE.

| | | |
|---|---|---|
| 1 | DIAZ: | POE.  POE? |
| 2 | PORTER: | POE.  Port of Entry. |
| 3 | DIAZ: | Oh. |
| 4 | PORTER: | It's an acronym. |
| 5 | DIAZ: | Oh. |
| 6 | PORTER: | Write your name there.  You're going to sign right there.  Date is 8-17- |
| 7 | | 2020, and the time is 7:58.  Why did they give you that phone if it doesn't have a, you don't |
| 8 | | know how to get into it? |
| 9 | DIAZ: | Um…I don't know. |
| 10 | PORTER: | Who was the friend that gave it to you? |
| 11 | DIAZ: | I'd rather not say. |
| 12 | PORTER: | Why not? |
| 13 | DIAZ: | Because it's got nothing to do with, this has nothing to do with him. |
| 14 | | You know? |
| 15 | PORTER: | Well it kind of does.  You were in Mexico, he gave you a phone. |
| 16 | DIAZ: | It wasn't in Mexico that he gave me the phone. |
| 17 | PORTER: | So you brought it from the U.S.? |
| 18 | DIAZ: | Yeah.  I had it. |
| 19 | PORTER: | Why would you be worried it? |
| 20 | DIAZ: | Because it was in my purse.  Huh? |
| 21 | PORTER: | Why would you be worried about… |
| 22 | DIAZ: | Because I don't want involve nobody else that needs to be involved |
| 23 | | with this.  It's embarrassing you know?  I don't want nobody to know my business. |
| 24 | PORTER: | Why would it involve him? |
| 25 | DIAZ: | Well because you're going to freaking obviously you want his name, |
| 26 | | for a reason. |
| 27 | PORTER: | I just want to know who this friend is. |
| 28 | DIAZ: | It doesn't matter who, who this friend is.  I'm not going to say. |

1    PORTER:          Okay.  Alright Delilah.  Remember what I told you at the beginning?

2    DIAZ:             I understand.

3    PORTER:          You know this is a terrible story, right?

4    DIAZ:             I understand.

5    PORTER:          You understand that you're looking at 10 years in federal prison?

6    Because I really want you to understand that's what you're looking at.  I'm not making that up.

7    DIAZ:             I understand.

8    PORTER:          You're looking at 10 years.  You are.  Nobody else.

9    DIAZ:             I understand.

10    PORTER:          You're willing to do that for Jessie?

11    DIAZ:             It's not that I'm willing it's just that…***(Porter interrupts Delilah)***.

12    PORTER:          Oh you're willing, right?  Because right now it's all on you.

13    Everything is on you.

14    DIAZ:             What can I do, you know?  Like this is what it is.  I mean what can I

15    say?  I mean…***(Porter interrupts Delilah)***.

16    PORTER:          Here are your options, let me explain what your options are here.  Your

17    options are, to stick with this.  And just eat the 10 years.  So right now it's 2020, you'll be

18    getting out of prison in 2030.

19    DIAZ:             Are we done here?  I'm done; I'm done telling you what (unintelligible).

20    PORTER:          I got everything I need.

21    DIAZ:             Okay.

22    PORTER:          We got to take your fingerprints.

23    DIAZ:             Alright.

24    PORTER:          Sit down.  You don't leave till I tell you to leave.

25    DIAZ:             I'm done telling you everything you want to know, so I'm just like…

26    PORTER:          I got everything I want to know.  You don't walk out until I tell you,

27    you can walk out.  You understand?

28    DIAZ:             Okay.

1    PORTER:          You're under arrest.  You're not walking out of here.

2    DIAZ:            I understand.

3    PORTER:          I don't know if you expect me to act any differently (unintelligible).

4    DIAZ:            Oh my gosh.

5    PORTER:          The lack of respect (overtalking), you think I'm going to believe that

6    crap?

7    DIAZ:            I'm telling, okay well you know what?  I'm sorry that you don't believe

8    my crap but…***(Porter interrupts Delilah)***.

9    PORTER:          Sign right here (unintelligible) your fingerprints; we'll take your

10   fingerprints.  You're going to be booked into the San Diego Metropolitan Correctional Center at

11   5:00 this afternoon.  That's it.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## Declaration of Robbi McPherson

I, Robbi McPherson, do hereby declare:

That I am a professional transcriptionist doing business under the business name of "Perfect Touch Transcription";

That the foregoing transcription provided was transcribed from an electronic medium, true & correct to the best of my ability, and the preceding pages contain a true record of the statements of the participants as closely as could be determined by voice recognition of the speaker(s);

That I am a disinterested person and am in no way interested in the outcome of said proceeding in which this transcription might be used, or connected with or related to any of the parties in said action, or to their respective counsel.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 2nd day of December 2020.


_____

Robbi McPherson